IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DATA DETECTION SYSTEMS, LLC<br><br>      Plaintiff,<br><br>v.<br><br>BMC SOFTWARE, INC.,<br><br>      Defendant. | Civil Action No. 4:09-CV-01204 |

**JOINT STIPULATION OF DISMISSAL OF BMC SOFTWARE, INC.**

Plaintiff Data Detection Systems, LLC ("DDS"), and Defendant BMC Software, Inc., ("BMC") hereby inform the Court that they have resolved the dispute between them. Accordingly, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, DDS hereby dismisses with prejudice the claims asserted against BMC in this action, and BMC dismisses with prejudice all claims and counterclaims against DDS in this action. The parties stipulate that each party will bear its own costs and attorneys' fees relating to the dismissed claims.

Dated:  December 29, 2009         Respectfully submitted,

                                          By:  /s/ Jonathan T. Suder
                                                Erick S. Robinson
                                                David Arthur Skeels
                                                FRIEDMAN, SUDER & COOKE P.C.
                                                Tindall Square Warehouse No. 1
                                                604 East 4th Street, Suite 200
                                                Fort Worth, Texas  76102
                                                (817) 334-0400 (Telephone)
                                                (817) 334-0401 (Facsimile)

                                        Attorneys for Plaintiff
                                        DATA DETECTION SYSTEMS, LLC


                                        Respectfully submitted,

                                        By:  /s/ Michael Chibib
                                                Texas Bar No. 00793497
                                                So Dist. Admission No. 996321
                                                BRACEWELL & GIULIANI LLP
                                                111 Congress Avenue, Suite 2300
                                                Austin, Texas 78701
                                                (512) 494-3635 (Telephone)
                                                (512) 479-3945 (Facsimile)

                                        Counsel for Defendant
                                        BMC SOFTWARE, INC.


## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on December 29, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail.

                                                /s/ Jonathan T. Suder